**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JUAN CARLOS PADILLA-JIMENEZ,<br>  aka "Jose Manuel Padilla-Jimenez,"<br>  aka "Juan Carlos Padilla,"<br>  aka "Armondo Ozuna,"<br><br>  Defendant. | Case No. 2:26-mj-000095-EJY<br><br>**Order Directing Probation to Prepare a Criminal History Report [Proposed]** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this __10th__ day of February, 2026.

HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

3