**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:26-mj-000095-EJY |
| Plaintiff, | |
| v. | [Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment |
| JUAN CARLOS PADILLA-JIMENEZ, aka "Jose Manuel Padilla-Jimenez," aka "Juan Carlos Padilla," aka "Armondo Ozuna," | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on the 23rd day of February, 2026 at the hour of 4 p.m., be vacated and continued to **May 27, 2026** at the hour of **1:00 p.m.** in Courtroom 3D.

DATED this **10th** day of February, 2026.

_____
HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE